# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4973

_____

RONNY LANDINGIN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 25, 2018

PER CURIAM.

DENIED. *See Hart v. State*, 43 Fla. L. Weekly D1232 (Fla. 1st DCA June 4, 2018).

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brett Spencer Chase of Chase Law Florida, P.A., St. Petersburg, for Petitioner.

Pamela Jo Bondi, Attorney General, Robert Quentin Humphrey, Attorney General, Tallahassee, for Respondent.